# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 183 EAL 2016
:
             Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
:
DONATO RODRIGUEZ, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.